SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO BRANCH

CAROL NARBAITZ,

    Plaintiff,

vs.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant

Case No.: 1:18-cv-00285-EPG

**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A CONFIDENTIAL LETTER BRIEF**

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Confidential Letter Brief in the above-referenced case is hereby extended to the new due date of August 7, 2018.

    This extension (4 days) is requested because the writer has been traveling back and forth to Las Vegas for a hearing on another case and there have been some illness issues with staff.

///

///

1

DATED: August 7, 2018                    */s/ Shellie Lott*
                                         Shellie Lott
                                         Attorney for Plaintiff


DATED: August 7, 2018                    McGREGOR W. SCOTT
                                         United States Attorney
                                         DEBORAH LEE STACHEL
                                         Regional Chief Counsel, Region IX

                                         */s/ Margaret Branick-Abilla*
                                         MARGARET BRANICK-ABILLA,
                                         (As authorized via E-mail on 8/7/18)
                                         Special Assistant U S Attorney
                                         Attorneys for Defendant

## **ORDER**

Pursuant to the above stipulation of the parties, and good cause appearing, Plaintiff's time to file a Confidential Letter Brief is hereby extended to August 7, 2018. All other dates in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **August 7, 2018**                /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE