1 MCGREGOR W. SCOTT
United States Attorney
2 DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
3 Social Security Administration
4 MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
5     160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
6    Telephone:  (415) 977-8929
    Facsimile:  (415) 744-0134
7    E-mail: Margaret.Branick-Abilla@ssa.gov
8 Attorneys for Defendant

                    **UNITED STATES DISTRICT COURT**
                    **EASTERN DISTRICT OF CALIFORNIA**

| CAROL ANN NARBAITZ, | ) Case No. 1:18-cv-00285-EPG |
|---|---|
| Plaintiff, | ) **STIPULATION & ORDER FOR** |
| | ) **EXTENSION OF TIME** |
| v. | ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 45-day extension of time, from November 12, 2018 to December 27, 2018, to respond to Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Defendant's first request for an extension of time.  Defendant respectfully submits that good cause exists for the requested extension because Defendant's counsel requires additional time to review the record, to evaluate the issues raised in Plaintiff's Motion for Summary Judgment, to determine whether options exist for settlement, to prepare Defendant's response to

Plaintiff's Motion if settlement is not possible, and to accommodate other workload demands. Plaintiff does not oppose Defendant's request for an extension of time.

Respectfully submitted,

Dated: November 6, 2018     CERNEY KREUZE & LOTT, LLP

By: */s/ Shellie Lott*\*
    SHELLIE LOTT
    Attorneys for Plaintiff
    [*As authorized by e-mail on Nov. 5, 2018]

Dated: November 6, 2018     MCGREGOR W. SCOTT
                            United States Attorney
                            DEBORAH LEE STACHEL
                            Regional Chief Counsel, Region IX
                            Social Security Administration

By: */s/ Margaret Branick-Abilla*
    MARGARET BRANICK-ABILLA
    Special Assistant United States Attorney
    Attorneys for Defendant

**ORDER**

Pursuant to the above stipulation of the parties, Defendant shall have a 45-day extension of time, to December 27, 2018, to file a responsive brief. All other dates in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: __**November 6, 2018**__     /s/ *Erin P. Grosj*
UNITED STATES MAGISTRATE JUDGE